Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

_____ Division

| | |
|---|---|
| **Angela L. Fuller** <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> **Bimbo Bakeries USA** <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) *see attached -* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. _____
       *(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

RECEIVED
OCT 1 2 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Angela L. Fuller |
| Street Address | 430 ½ W. 4th St. |
| City and County | Dubuque, Dubuque |
| State and Zip Code | Iowa 52001 |
| Telephone Number | 563-451-0073 |
| E-mail Address | fullerangela40@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Angela Kinney , is a citizen of the
State of *(name)* Iowa .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — *Bimbo Bakeries USA*

Job or Title *(if known)* — *Grupo Bimbo*

Street Address — *24 Main St. Dubuque, Ja 52001*

City and County — *Mexico City, Mexico*

State and Zip Code — *0100 Mexico*

Telephone Number — *(018) 009-1020    563-583-0080*

E-mail Address *(if known)* — *atencionenlinea@grupobimbo.com    5791*

**Defendant No. 2**

Name — *ESIS Inc.*

Job or Title *(if known)* — *Insurance agency for W.C.*

Street Address — *920 N. Washington Ave*

City and County — *Scranton*

State and Zip Code — *Pennsylvania 18509*

Telephone Number — *866-789-3747*

E-mail Address *(if known)* — *www.netclaim.net    esisclaims@tnwinc*

**Defendant No. 3**

Name — *Indemnity Ins. Co. of NA*

Job or Title *(if known)* — *Insurance Carrier, Bimbo*

Street Address — *436 Walnut St.*

City and County — *Scranton, Philadelphia,*

State and Zip Code — *Pennsylvania 19106*

Telephone Number — *1-215 XXX-XXXX*

E-mail Address *(if known)* — —

**Defendant No. 4**

Name — *Mark Sullivan*

Job or Title *(if known)* — *Attorney*

Street Address — *110 E. 9th St*

City and County — *Dubuque, Dubuque*

State and Zip Code — *Ja. 52001*

Telephone Number — *563-556-8000*

E-mail Address *(if known)* — *sullivan@henline.com*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* *Grupo Bimbo Bakeries USA* is incorporated under

the laws of the State of *(name)* *Texas*, and has its

principal place of business in the State of *(name)* *Pennsylvania*.

Or is incorporated under the laws of *(foreign nation)* *Mexico*,

and has its principal place of business in *(name)* *Mexico City*.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*denied my return to work - disability discrimination wrongful termination*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*My previous attorney said, "They said you can't come back; your damaged goods." "They will have to pay you for it, 1-2 yrs wages-"*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I am seeking 2 yrs wages = approx. 80,000 (past lost) + 200,000 loss of future earnings = $ 280,000.00*

Page 4 of 5

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*incompetency*
*discrimination*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* **Angela Fuller**, is a citizen of the State of *(name)* **Iowa**.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* **Mark Sullivan**, is a citizen of the State of *(name)* **Iowa**. Or is a citizen of *(foreign nation)* _____

*Scope of representation* n/a *and allocation of authority*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation *FSIS*

The defendant, *(name)* Indemnity Ins. Co. of H.A is incorporated under

the laws of the State of *(name)* New York , and has its

principal place of business in the State of *(name)* Pennsylvania .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

denied necessary medical care, non compliant     $ 1,000,000

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I did not state withdrawl the 2nd injury claim and I still need to continue my medical care + pain management. The 2nd injury was started when Mark took it out.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 1,000,000.

I want both injurys to be reinstated and medically cared for til complete. I would request my monetary benefits (checks) as well until completed care.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10-2-2023

Signature of Plaintiff

Printed Name of Plaintiff    Angela Fuller

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



430 1/2 W. 4th St.
Dubuque, Iowa
52001

Cedar Rapids IA 524

Clerk, United States District Court
U.S. Courthouse
P.O. Box 9344
Des Moines, Iowa 50306-9344

X-RAYED & CLEARED BY U.S.M.S.