IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ANGELA L. FULLER,<br><br>　　Plaintiff,<br><br>v.<br><br>BIMBO BAKERIES USA, INC., ESIS INSURANCE INC., INDEMNITY INSUANCE COMPANY OF NORTH AMERICA, and MARK SULLIVAN,<br><br>　　Defendants. | No. 4:23-cv-00410-RGE-HCA<br><br>ORDER TRANSFERRING CASE |

　　Plaintiff Angela L. Fuller brings this complaint, alleging Defendants Bimbo Bakeries USA, Inc., ESIS Insurance Inc., Indemnity Insurance Company of North America, and Mark Sullivan "denied [her] return to work." Compl. 4, ECF No. 1. For the following reasons, the Court determines venue is not appropriate here but in the United States District Court for the Northern District of Iowa.

　　In general,

　　A civil action may be brought in—

　　(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

　　(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or

　　(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

　　Fuller is a citizen of Iowa residing in Dubuque, Iowa. ECF No. 1 at 1–2. She appears to allege the events giving rise to her claims occurred in Dubuque, Iowa. *See id.* at 3–6. Additionally, Fuller

asserts at least one defendant—Sullivan—is connected to a Dubuque, Iowa address. *Id.* at 3.

The Court takes judicial notice that Dubuque is located in Dubuque County, Iowa. Dubuque County is located in the Northern District of Iowa. 28 U.S.C. § 95(a)(2). Because Fuller and at least one defendant appear to reside in the Northern District of Iowa, and because a substantial part of the events giving rise to the claim appear to have occurred in the Northern District of Iowa, venue is therefore proper in the United States District Court for the Northern District of Iowa.

The Court finds it is in the interest of justice to transfer this action to the United States District Court for the Northern District of Iowa. *See* 28 U.S.C. § 1404(a) ("[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought").

**IT IS ORDERED** that the Clerk of Court transfer this case to the United States District Court for the Northern District of Iowa. By this order the Court expresses no opinion about the merits of the case or whether Fuller qualifies to proceed in forma pauperis under 28 U.S.C. § 1915

**IT IS SO ORDERED.**

Dated this 19th day of October, 2023.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE